

Michael C. Lynch

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-5082
Fax: (212) 808-7897
mlynch@kelleydrye.com

October 11, 2021

**By eFile**

Hon. Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Davis v. Trend Management, LLC, et al.,
      Civil Action No. 1:21-cv-07639-RA-SN

Dear Judge Abrams:

We represent Defendants Trend Management LLC and Influencer Narrative LLC in connection with the above-referenced matter. We write to respectfully request an extension of time for the Defendants to answer, move, or otherwise respond to the Complaint from October 12, 2021 to October 26, 2021. Counsel for Plaintiff consents to this extension, and there was no previous request for an extension of time.

Respectfully,

*[signature]*

Michael C. Lynch

MCL:amm